IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA SPRINGER and                                                                                    PLAINTIFFS
CRYSTAL N. DANIELS

v.                                            No. 4:10CV00252 JLH

WELSPUN PIPES, INC.                                                                                   DEFENDANT

## ORDER

Without objection, plaintiffs' motion to extend the discovery cutoff is GRANTED. Document #14. The discovery cutoff is hereby extended up to and including December 16, 2010.

IT IS SO ORDERED this 17th day of November, 2010.

                                                            _____
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE