# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LISA SPRINGER and                                                                                       PLAINTIFFS
CRYSTAL N. DANIELS

v.                                          No. 4:10CV00252 JLH

WELSPUN PIPES, INC.                                                                                      DEFENDANT

## ORDER

Without objection, defendant's motion to extend the deadline for filing motions for summary judgment is GRANTED. Document #19. The deadline is hereby extended up to and including January 5, 2011.

IT IS SO ORDERED this 22nd day of November, 2010.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE