### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| LISA SPRINGER and<br>CRYSTAL N. DANIELS | | PLAINTIFFS |
| v. | No. 4:10CV00252 JLH | |
| WELSPUN PIPES, INC. | | DEFENDANT |

### ORDER

Welspun Pipes, Inc., has filed a motion for summary judgment on the claims of Lisa Springer and Crystal N. Daniels. The Court has thoroughly reviewed the papers submitted by both sides pertinent to that motion and has concluded that issues of fact remain to be tried. Because this case is scheduled for a bench trial, the Court will refrain from further comment so as to avoid any appearance that a determination has been made regarding the facts of the case. The motion for summary judgment is denied. Document #22.

IT IS SO ORDERED this 27th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE