**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| LISA SPRINGER and<br>CRYSTAL N. DANIELS | PLAINTIFFS |
| v.    NO. 4:10CV00252 JLH | |
| WELSPUN PIPES, INC. | DEFENDANT |

**ORDER**

The Final Scheduling Order entered on August 5, 2010, set this matter for bench trial to commence at 9:15 a.m. sometime during the week of February 14, 2011, in Little Rock, Arkansas. The Court has determined that the bench trial will begin at ***9:15 a.m. on MONDAY, FEBRUARY 14, 2011***.

Counsel are requested to have three (3) copies of their witness and exhibit lists for the Court, and one (1) complete set of exhibits. The parties should be present ***thirty minutes prior to trial***.

IT IS SO ORDERED this 7th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE