**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA SPRINGER and                                                                                          PLAINTIFFS
CRYSTAL N. DANIELS

v.                                                           No. 4:10CV00252 JLH

WELSPUN PIPES, INC.                                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Welspun Pipes, Inc., on the claims of Lisa Springer and Crystal N. Daniels. The complaint of Lisa Springer and Crystal N. Daniels is hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE